IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TINA C. NGUYEN, O.D.

      Plaintiff,

v.

VOORTHUIS OPTICIANS, INC., et al.,

      Defendants.

Civil Action No.
06-cv-485 (EGS)

ORDER GRANTING
MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED

Upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted, and any response thereto, and it appearing that the Complaint fails to state a claim on which relief may be granted, it is hereby, this ___ day of _____, 2006,

ORDERED that this action be, and hereby is, DISMISSED.

_____
Emmet G. Sullivan
U.S. District Judge

Copies to:

Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101

Larry J. Stein, Esq.
Allen E. Hirschman, Esq.
2009 N. 14th Street, Suite 708
Arlington, VA 22201