IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, OD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| ) | 06-cv-485 (EGS) |
| VOORTHUIS OPTICIANS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| REBECCA VOORTHUIS, OD ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF'S UNOPPOSED MOTION TO POSTPONE HER
DEADLINE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS
FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED

The Plaintiff, Tina C. Nguyen, O.D., respectfully requests a five (5) day extension of time, until April 25, 2006, to file her response to Defendants' Motion to Dismiss for Failure to State a Claim on which Relief May be Granted ("Motion"). Defendants filed their Motion on April 6, 2006. Under Local Rule 7(b), Plaintiff's response is due April 20, 2006. Counsel for the Defendants has indicated that he does not oppose this request.

Respectfully submitted,

_____
Larry J. Stein, Bar No. 397397
Allen E. Hirschmann, Bar No. 17012
2009 N. 14th Street, Suite 708
Arlington, VA 22201
703/812-7880
703/522-1250 Fax
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that the attached Plaintiff's Unopposed Motion to Postpone Her Response to Defendants' Motion to Dismiss for Failure to State a Claim on which Relief May be Granted has been served, by facsimile and by first class mail on

<u>Defendant's Representative</u>:

Daniel M. Press, Esq.
Chung & Press, P.C.
6723 Whittier Avenue, Suite 302
McLean, Virginia 22101

<u>April 17, 2006</u>
(Date)

Larry J. Stein
Allen E. Hirschmann
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, OD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VOORTHUIS OPTICIANS, INC. )<br>)<br>and )<br>)<br>REBECCA VOORTHUIS, OD )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>06-cv-485 (EGS) |

ORDER

Plaintiff's Unopposed Motion to Postpone Her Response to Defendants' Motion to Dismiss for Failure to State a Claim on which Relief May be Granted is hereby GRANTED. Plaintiff's Response to Defendants' Motion to Dismiss must be filed no later than April 25, 2006.

_____
Emmet G. Sullivan
United States District Judge