IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, OD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| ) | 06-cv-485 (EGS) |
| VOORTHUIS OPTICIANS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| REBECCA VOORTHUIS, OD ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim on Which Relief May Be Granted, it is hereby DENIED, without prejudice.

_____
Emmet G. Sullivan
United States District Judge

Copies to:

Larry J. Stein, Esq.
Allen E. Hirschmann, Esq.
2009 N. 14th Street, Suite 708
Arlington, VA 22201

Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101