IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TINA C. NGUYEN, O.D. | |
|   Plaintiff, | Civil Action No. |
| v. | 06-cv-485 (EGS) |
| VOORTHUIS OPTICIANS, INC., et al., | |
|   Defendants. | |

### DEFENDANT'S REPLY WITHDRAWING AS MOOT HER MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED

NOW COME Defendants, Voorthuis Opticians, Inc., and Rebecca Voorthuis, by counsel, and respectfully state that they agree with Plaintiff that Plaintiff's filing her Amended Complaint moots the Motion to Dismiss previously filed, and therefore they withdraw the same. Defendant will respond to the Amended Complaint in the time provided in the Rules.

Dated: May 5, 2006.

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendants

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on this 5th day of May, 2006, I caused a copy of the foregoing Document to be served by First Class Mail, postage prepaid, upon counsel for Plaintiff, addressed to:

    Larry J. Stein, Esq.
    Allen E. Hirschman, Esq.
    2009 N. 14th Street, Suite 708
    Arlington, VA 22201

    /s/ Daniel M. Press
    Daniel M. Press