IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. | |
| Plaintiff, | Civil Action No. 06-cv-485 (EGS) |
| v. | |
| VOORTHUIS OPTICIANS, INC., et al., | |
| Defendants. | |

ORDER GRANTING
MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED

Upon consideration of Defendants' Motion to Dismiss Amended Complaint for Failure to State a Claim on Which Relief May Be Granted, and any response thereto, and it appearing that the Amended Complaint fails to state a claim on which relief may be granted, it is hereby, this ___ day of _____, 2006,

ORDERED that this action be, and hereby is, DISMISSED.

_____
Emmet G. Sullivan
U.S. District Judge

Copies to:

Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101

Larry J. Stein, Esq.
Allen E. Hirschman, Esq.
2009 N. 14th Street, Suite 708
Arlington, VA 22201