IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * *
                                       *
TINA C. NGUYEN, O.D.                   *
                                       *   Civil Action No.
          Plaintiff,                   *   06-cv-485 (EGS)
v.                                     *
                                       *
VOORTHUIS OPTICIANS, INC., et al.,     *
                                       *
          Defendants.                  *
                                       *
* * * * * * * * * * * * * * * * * * * *
```

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED

NOW COME Defendants, Voorthuis Opticians, Inc., and Rebecca Voorthuis, by counsel, and move for a brief extension of time, until Monday, June 12, 2006, to file their Reply Brief to Plaintiff's Opposition to their Motion to Dismiss the Amended Complaint in this action pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim on which relief may be granted. In support hereof, Defendants state as follows:

1.  Plaintiff's response was filed and served by mail and ECF on May 26, 2006, rendering Defendants' reply due today, June 8, 2006.

2.  Defendants' counsel has a hearing in U.S. District Court in San Fransisco tomorrow, June 9, and will not be able to complete the Reply before his flight leaves.

3.  By telephone conversation this morning, Allen Hirschman, Esq., counsel for Plaintiff, graciously consented to the requested extension.

4.  A proposed order is not submitted herewith because counsel understands that it is the Court's practice to enter paperless minute orders on the docket when motions such as this are granted.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting them until Monday, June 12, 2006, to file their Reply.

Dated: June 8, 2006.

                                      Respectfully submitted,

                                       /s/ Daniel M. Press          
                                      Daniel M. Press  #419739
                                      CHUNG & PRESS, P.C.
                                      6723 Whittier Ave., Suite 302
                                      McLean, VA 22101
                                      (703) 734-3800
                                      (703) 734-0590 fax
                                      dpress@chung-press.com
                                      Counsel for Defendants