**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| TINA C. NGUYEN, O.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-485(EGS) |
| v. | ) | |
| | ) | |
| VOORTHUIS OPTICIANS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED in part and DENIED in part**; and it is

**FURTHER ORDERED** that plaintiff's claims for breach of contract (Count III of the Amended Complaint) and constructive discharge (Count VII of the Amended Complaint) are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that all of plaintiff's claims against Dr. Rebecca Voorthuis are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that defendants shall answer or otherwise respond to the remaining claims in plaintiff's Amended Complaint no later than April 11, 2006.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            March 21, 2007**