IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
TINA C. NGUYEN, O.D.                    *
                                        *   Civil Action No.
            Plaintiff,                  *   06-cv-485 (EGS)
v.                                      *
                                        *
VOORTHUIS OPTICIANS, INC.               *
                                        *
            Defendant.                  *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

ANSWER TO AMENDED COMPLAINT

NOW COMES Defendant Voorthuis Opticians, Inc., by counsel, and for its Answer to the Amended Complaint states as follows:

1. Defendant lacks knowledge and information sufficient to form a belief as to the allegations of Paragraph 1 and therefore denies the same and demands strict proof thereof.

2. Denied.

3. Denied.

4. Admitted.

5. Denied.

6. Paragraph 6 states a legal conclusion to which no response is required; to the extent a response is required, the same is denied.

7. Denied.

8. Denied.

9. Admitted that the majority of the time Plaintiff spent working for Defendant was at the stated location, otherwise denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied that Plaintiff was "threatened" as stated.

15. Admitted that Plaintiff resigned, otherwise denied.

16. Denied.

17. Paragraph 17 states a legal conclusion to which no response is required; to the extent a response is required, the same is denied.

18. Paragraph 18 states a legal conclusion to which no response is required; to the extent a response is required, the same is denied.

19. Admitted that Plaintiff demanded the records; otherwise denied.

20. Denied.

21. Denied.

22. Defendant incorporates by reference its responses to Paragraphs 1-21.

23. Denied.

24. Denied.

25-28. No answer required as this count was dismissed, but to the extent a response is required the allegations are denied.

29. Defendant incorporates by reference its responses to Paragraphs 1-28.

30. Denied.

31. Defendant incorporates by reference its responses to Paragraphs 1-30.

32. Denied.

33. Defendant incorporates by reference its responses to Paragraphs 1-32.

34. Denied.

35-37. No answer required as this count was dismissed, but to the extent a response is required the allegations are denied.

38. Defendant incorporates by reference its responses to Paragraphs 1-37.

39. Denied.

40. Denied.

41. Defendant incorporates by reference its responses to Paragraphs 1-40.

42. Denied.

43. Defendant incorporates by reference its responses to Paragraphs 1-42.

44. Denied.

Defendant further denies each and every allegation not expressly admitted, and denies that Plaintiff is entitled to the relief requested, or to any relief.

SEPARATE AND AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim on which relief may be granted.

2. By contract, Plaintiff agreed that the records at issue belong to Defendant.

3. Defendant assigned or transferred ownership of the records at issue to Defendant.

4. Waiver.

5. Estoppel.

6. Unclean hands.

7. *In pari delicto.*

8. Plaintiff did not rely on any alleged misrepresentations by Defendant.

9. Any reliance by Plaintiff on any alleged misrepresentation by Defendant was unreasonable.

10. Illegality.

11. Plaintiff admits that she was practicing optometry in Virginia as an employee of Voorthuis Opticians, Inc. (the Company), in violation of Va. Code § 54.1-3205, and the wording of

that section makes it clear that it is the *optometrist*, not the employer, that is in violation.

12. Defendant owns the records at issue pursuant to Va. Code § 54.1-2403.3.

13. The Complaint fails to plead fraud with the required particularity.

14. Plaintiff failed to mitigate her alleged damages.

15. Any damages sustained by Plaintiff are the result of her own breach of contract, negligence, bad faith, mistake, fraud, or other wrongdoing, for which Plaintiff is not liable.

16. Defendants reserve the right to assert any and all defenses that may appear during the course of this litigation.

WHEREFORE, Defendant Voorthuis Opticians, Inc., respectfully requests that the Complaint be dismissed, that Plaintiff recover nothing thereon, and that Defendant be awarded its costs and a reasonable attorney's fee.

Dated: April 12, 2007.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant