IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                              \*
TINA C. NGUYEN, O.D.                          \*
                                              \*       Civil Action No.
          Plaintiff,                          \*       06-cv-485 (EGS)
v.                                            \*
                                              \*
VOORTHUIS OPTICIANS, INC.                      \*
                                              \*
          Defendant.                          \*
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LOCAL CIVIL RULE 16.3 REPORT and [PROPOSED] SCHEDULING ORDER

The Parties report to the Court that counsel for the Parties met telephonically in accordance

with LCvR 16.3 and Fed. R. Civ. P. 26(f), and discussed the points listed in LCvR 16.3(c). This

report reflects the agreements of the parties with respect to scheduling and discovery in this Action.

The Parties respectfully request that this Report be incorporated into a Scheduling Order.

1.      Dispositive Motion:  This matter cannot be disposed of, beyond what has already

been dismissed, on a pre-discovery dispositive motion, as such a motion has already been granted in

part and denied in part.   It is possible that a post-discovery dispositive motion will resolve this

matter.

2.      Date by which any Other Party shall be joined or the Pleadings Amended;

Stipulations:  The deadline for any motions for joinder of parties, third party complaints, and/or

amendments to the pleadings should be June 30, 2007.  Some factual and legal issues may be agreed

upon or narrowed at a later date; the parties shall discuss such stipulations.

3.      Magistrate Judge:  It may be beneficial to have a magistrate judge handle discovery

issues in this case, but not to decide the merits of the case or conduct the trial.

4.      Settlement:  The possibility of settlement is unknown.  The  parties are discussing

settlement.

5.      ADR:  Mediation (including early referral to mediation by a Magistrate Judge) may be beneficial. The parties' counsel have discussed ADR and their response to this provision with their clients.  Discovery should not be stayed unless the assigned Magistrate Judge believes that settlement is likely and that a stay would facilitate settlement.

6.      Dispositive Motions:  It is possible that this case may be resolved on dispositive motion following completion of discovery.  Summary judgment motions should be filed on or before 30 days after the completion of discovery; oppositions to any such motions within 30 days after service; and replies within 15 days of service of an opposition.  The parties propose that a hearing on such motions be held as soon after filing as the Court's schedule allows, and respectfully request that a decision be rendered thereafter as soon as the Court's schedule permits.

7.      Initial Disclosures: The initial disclosures required by Fed. R. Civ. P. Rule 26(a)(1) should not be dispensed with, but the time to comply with Rule 26(a)(1) should be enlarged until June 30, 2007.

8.      Discovery:  The limits on discovery in the Federal Rules of Civil Procedure should apply.   The  discovery  deadline  should  be  November  30,  2007.   A  protective  order  as  to confidentiality may be necessary.  All discovery requests shall be served a sufficient time in advance of the discovery deadline that responses are due by the deadline.

9.      Experts:  Plaintiff's disclosures under Fed. R. Civ. P. Rule 26(a)(2) shall be made by August 31, 2007.  Defendant's Rule 26(a)(2) disclosures shall be made by October 31, 2007.  No expert testimony shall be allowed unless disclosed by these deadlines.  Depositions of experts shall occur at any time before the discovery deadline.

10.    Class Actions:  Not applicable.

11.    Bifurcation:  Bifurcation/phasing is not appropriate.

12.    Pretrial:  The Pretrial Conference should be scheduled for approximately 30 days after the Court's decision on any post-discovery dispositive motions (or after the deadline for filing passes without such motions being filed), or as soon thereafter as the Court's schedule permits.

13.    Trial Date:  The trial date should be set at the Pretrial Conference.

Dated:  June 4, 2007.

                                        Respectfully submitted,

                                         _/s/ Daniel M. Press_____
                                        Daniel M. Press  #419739
                                        CHUNG & PRESS, P.C.
                                        6723 Whittier Ave., Suite 302
                                        McLean, VA 22101
                                        (703) 734-3800
                                        (703) 734-0590 fax
                                        dpress@chung-press.com
                                        Counsel for Defendant


                                         _/S/ Larry J. Stein_____
                                        Larry J. Stein, Esq.
                                        Allen E. Hirschman, Esq.
                                        2009 N. 14th Street, Suite 708
                                        Arlington, VA 22201
                                        Counsel for Plaintiff

ORDER

The foregoing Report is adopted by the Court as the Scheduling Order herein.  It is SO

ORDERED this ____ day of _____, 2007.


                                        _____
                                        U.S. District Judge