IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * *
                                         *
TINA C. NGUYEN, O.D.                     *
                                         *    Civil Action No.
         Plaintiff,                      *    06-cv-485 (EGS)
v.                                       *
                                         *
VOORTHUIS OPTICIANS, INC.                *
                                         *
         Defendant.                      *
                                         *
* * * * * * * * * * * * * * * * * * * * *
```

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the law firm of Chung & Press, P.C., counsel for Defendant, has moved, and that the street address of the undersigned counsel has changed to the address below. All other contact information (phone, fax, email) remains the same.

Dated: September 4, 2007.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant