IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-485 (EGS) |
| ) | Status Conference: Dec. 13, 2007, |
| ) | 11:30 A.M. |
| VOORTHUIS OPTICIANS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

JOINT MOTION TO EXTEND DISCOVERY DEADLINE

The parties, respectfully, file this Joint Motion to Extend Discovery Deadline. Pursuant to the Scheduling and Magistrate Referral Order, issued June 6, 2007, fact and expert discovery shall be completed by November 30, 2007. The parties have exchanged answers to interrogatories and responses to requests for production of documents. As of the date of this Joint Motion, the parties have scheduled six depositions. Due in part to the work schedules of these deponents, it has not been possible to complete the depositions by the close of the discovery period, November 30, 2007. The parties, therefore, seek leave of the Court to extend the discovery period through December 21, 2007, to permit these depositions to take place.

Respectfully submitted,

_____   _____
Larry J. Stein  #397397         Daniel M. Press  #419739
Counsel for Plaintiff           Counsel for Defendant
2009 N. 14th Street             6718 Whittier Avenue
Suite 708                       Suite 200
Arlington, VA 22201             McLean, VA 22101