IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VOORTHUIS OPTICIANS, INC., )<br>)<br>   Defendant. )<br>) | Civil Action No. 06-cv-485 (EGS)<br>Status Conference: Dec. 13, 2007,<br>  11:30 A.M. |

ORDER

The parties have filed a Joint Motion to Extend Discovery Deadline, based on the need to complete the taking of deposition testimony. That Motion is GRANTED.

_____
Emmit G. Sullivan, Judge
United States District Court