IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
* * * * * * * * * * * * * * * * * * * * *
                                        *
TINA C. NGUYEN, O.D.                    *
                                        *   Civil Action No.
        Plaintiff,                      *   06-cv-485 (EGS)
v.                                      *
                                        *
VOORTHUIS OPTICIANS, INC.               *
                                        *
        Defendant.                      *
                                        *
* * * * * * * * * * * * * * * * * * * * *
```

### CONSENT MOTION TO CONTINUE STATUS HEARING AND FOR LIMITED EXTENSION OF DISCOVERY DEADLINE

NOW COMES Defendant, through counsel, with the consent of Plaintiff, and respectfully requests that the Court (a) continue the Status Hearing presently scheduled for January 23, 2008; and (b) extend the deadline for completion of two specific depositions to and including January 7, 2008.  In support hereof, Defendant states as follows:

1.    On November 26, 2007, the Court continued the Status Hearing to January 23, 2007.  That date conflicts with a 4-week trial in the Northern District of California which the undersigned is the lead defense counsel, *Funai Electric Co. v. Daewoo Electronics Corp.*, No. 2004-cv-1830, which, since June 2007, has been scheduled to commence on January 14, 2008.[1]  Accordingly, it is respectfully requested that the Status Hearing in this case be continued to a date after the *Funai* trial, to a date during or after the week of February 11, 2008.

2.    There are two depositions remaining to be taken in this case, both by Plaintiff.  One is the re-convened deposition of Anna-Marie Voorthuis, as ordered by the Court on December 12, 2007, and the other, a deposition of a non-party, Dr. Voorthuis, O.D., and

---

[1] Because it had been suggested by the California federal court that the date could be changed at the pretrial on December 14, the undersigned waited to file this motion until it was confirmed that the date would not change.

Associates, which was recently subpoenaed by Plaintiff for December 21, a date that in fact does not work for either Plaintiff or Defendant.

3.      The discovery deadline in this case is presently December 21, 2007.  The parties jointly request that the Court extend the discovery deadline *for the limited purpose of completing these two depositions,* to and including January 7, 2008.

4.      The requested extension will not affect any other deadline in this case and will not otherwise impact the schedule in any way.

WHEREFORE, Defendant, with the consent of Plaintiff, respectfully requests that the Court (a) continue the Status Hearing to a date after Feb. 11, 2008; and (b) extend the discovery deadline, for completion of the two referenced depositions only, to and including January 7, 2008.

Dated: December 16, 2007.

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant