IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D.<br><br>　　　　Plaintiff,<br>v.<br><br>VOORTHUIS OPTICIANS, INC.<br><br>　　　　Defendant. | Civil Action No.<br>06-cv-485 (EGS) |

## ORDER GRANTING
## CONSENT MOTION TO CONTINUE STATUS HEARING AND FOR LIMITED EXTENSION OF DISCOVERY DEADLINE

Upon consideration of the Consent Motion to continue the Status Hearing presently scheduled for January 23, 2008; and for a Limited Extension of the Discovery Deadline, it is hereby

ORDERED that the Status Hearing is continued to _____, 2008, at _____; and it is

FURTHER ORDERD that the discovery deadline is extended to January 7, 2008, for the limited purpose of the re-convened deposition of Anna-Marie Voorthuis and the deposition of non-party Dr. Voorthuis, O.D. and Associates.

IT IS SO ORDERED, this ___ day of December, 2007.

_____
U.S. District Judge