IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-485 (EGS) |
| ) | Status Conference:  Feb. 28, 2008, |
| ) | 1:00 p.m. |
| VOORTHUIS OPTICIANS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

The Court has considered Plaintiff's Motion to Join a Necessary Party Defendant Pursuant to Rule 19.  That request is GRANTED.

_____
Emmit G. Sullivan, Judge
United States District Court


Copies to:

Larry J. Stein, Esq.
Allen E. Hirschmann, Esq.
2009 N. 14th Street, Suite 708
Arlington, VA 22201

Daniel M. Press, Esq.
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101