May 11, 2007

VIA FACSIMILE
AND FIRST CLASS MAIL

Daniel M. Press, Esq.
Chung & Press, P.C.
6723 Whittier Avenue, Suite 302
McLean, Virginia 22201

Re:  *Nguyen v. Voorthuis Opticians, Inc.* No. 06-cv-485 (D.D.C.)

Dear Mr. Press:

    I want to bring to your attention a potentially troubling development.  It has come to my attention that the owner of Voorthuis Opticians (the "Company") may be actively attempting to sell the Company's Reston, Virginia location.  As I am sure you are aware, a significant percentage of the medical records located at the Reston store are associated with patients treated by Dr. Tina Nguyen, now Dr. Tina Burr.  As we have made clear in the pending litigation in the U.S. District Court for the District of Columbia, such medical records are, under Virginia law, the property of Dr. Burr.  Clearly, the recent decision of the Court on the motion to dismiss only increases the likelihood that the Court will, ultimately, award possession of those medical records to Dr. Burr.

    Obviously, your client is free to sell part or all of his own business.  The purpose of this letter, however, is to seek your written assurance that medical records that are the subject of the pending litigation -- and whose ownership is claimed by my client -- are preserved, intact, at the Reston location, and are not included in any sale of that location, or any other location.  Without such assurance, my client will be forced to weigh which legal alternatives will best protect her interests.

Sincerely,


Larry J. Stein