**From:** Daniel Press [mailto:dpress@chung-press.com]
**Sent:** Tuesday, May 22, 2007 3:04 PM
**To:** larrystein@ljslaw.net
**Subject:** Nguyen v. Voorthuis

Dear Mr. Stein -

Please let me know when you are free to meet and confer regarding the required matters in the referenced case.  Our deadline to do so is Tuesday, May 29.

As for your letter of May 11, there is no imminent sale of the Reston location.

Regards,
Dan Press