**From:** Daniel Press [mailto:dpress@chung-press.com]
**Sent:** Tuesday, January 29, 2008 8:43 PM
**To:** Larry J Stein
**Subject:** Re: Nguyen v. Voorthuis, Inc.

Reston has been sold.  All original files are at Foxhall.

I am still out of town in trial.  Please accept this as a letter confirming that on behalf of Dr. Voorthuis O.D. and Associates, P.C., and Voorthuis Opticians, Inc., we agree that if Dr. Nguyen Burr prevails on the issue of ownership of and entitlement to the files, the original files will be turned over to her.  Meanwhile, the original files will be preserved and will not be transferred.


Dan Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
571-730-1955 direct
dpress@chung-press.com