IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VOORTHUIS OPTICIANS, INC., )<br>)<br>   Defendant. )<br>) | Civil Action No. 06-cv-485 (EGS)<br>Status Conference: Feb. 28, 2008,<br>1:00 p.m. |

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, respectfully, submits this Motion for Leave to File Amended Complaint. The basis for this proposed amendment is as follows. Plaintiff learned, during discovery, that the Defendant, Voorthuis Opticians, Inc., had, in February, 2006, transferred ownership of its Old Towne Alexandria, Virginia and its Reston, Virginia locations to Dr. Voorthuis, O.D. and Associates, P.C., Dr. Rebecca Voorthuis, President. The proposed Amended Complaint contains this information, as well as the information that Defendant, and Dr. Voorthuis, have created copies of the original patient medical records claimed by Plaintiff, and which are the subject of the instant case.

Plaintiff's counsel has conferred with counsel for Defendant, pursuant to LCvR7(m), who advises that Defendant *opposes* this Motion.

                Respectfully submitted,

                _____
                Larry J. Stein, Bar No. 397397
                2009 N. Fourteenth Street, Suite 708
                Arlington, Virginia 22201
                703/812-7880
                703/424-7670 (facsimile)