IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-485 (EGS) |
| ) | Status Conference: Feb. 28, 2008, |
| ) | 1:00 p.m. |
| VOORTHUIS OPTICIANS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, respectfully, submits this Motion for Leave to File Amended Complaint. The basis for this proposed amendment is as follows. Plaintiff learned, during discovery, that the Defendant, Voorthuis Opticians, Inc., had, in February, 2006, transferred ownership of its Old Towne Alexandria, Virginia and its Reston, Virginia locations to Dr. Voorthuis, O.D. and Associates, P.C., Dr. Rebecca Voorthuis, President. The proposed Amended Complaint contains this information, as well as the information that Defendant, and Dr. Voorthuis, have created copies of the original patient medical records claimed by Plaintiff, and which are the subject of the instant case.

Plaintiff's counsel has conferred with counsel for Defendant, pursuant to LCvR7(m), who advises that Defendant *opposes* this Motion.

Respectfully submitted,

_____
Larry J. Stein, Bar No. 397397
2009 N. Fourteenth Street, Suite 708
Arlington, Virginia 22201
703/812-7880
703/424-7670 (facsimile)