```
                                                    O R I G I N A L

             IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF COLUMBIA

    * * * * * * * * * * * * *

    TINA C. NGUYEN, O.D.,          :

          Plaintiff,               :

       versus                      :  CIVIL ACTION NO:

    VOORTHUIS OPTICIANS, INC.,     :  06-CV-485 (EGS)

          Defendant.               :

    * * * * * * * * * * * * *

                              Arlington, Virginia

                              Wednesday, December 12, 2007

    Deposition of

          JOHN R. MORLEY,

    the witness, called for examination by counsel for the

    Plaintiff, pursuant to notice by Larry J. Stein, held

    in the Law Offices of Larry Stein, 2009 North

    Fourteenth Street, Suite 708, Arlington, Virginia

    22201, beginning at 10:11 o'clock a.m., before Laura L.

    Jackson, a Verbatim Reporter and Notary Public, when

    there were present on behalf of the respective parties:
```

90

```
 1      Q.   Let me ask it -- make it more simple.  We've
 2   been informed that copies were made, a copy exists --
 3      A.   Right.
 4      Q.   -- of all of the Virginia medical files
 5   reflecting patients treated by Dr. Burr during the
 6   roughly three years that Dr. Burr worked in the Old
 7   Town location, and that one complete set of those
 8   records has been placed in the New Mexico location.
 9      A.   The copies.
10      Q.   The copies are in D.C.
11      A.   Yes.
12      Q.   And that the originals are still in Old Town
13   --
14      A.   Yes.
15      Q.   -- Alexandria.
16      A.   Yes.
17      Q.   Is that your understanding?
18      A.   Yes.
19      Q.   What role, if any, did you have in actually
20   making the physical copies?
21      A.   I helped orchestrate the copying, and I did
22   some of the copying myself.
```