IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-485 (EGS) |
| ) | |
| VOORTHUIS OPTICIANS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLAINTIFF'S NOTICE OF WITHDRAWL OF MOTIONS

Plaintiff, Dr. Tina Nguyen, O.D., files this Notice to withdraw Plaintiff's Motion to Join a Necessary Party Defendant Pursuant to Rule 19, filed February 27, 2008, and to withdraw Plaintiff's Motion for Leave to File Amended Complaint, filed February 27, 2008, for the reasons discussed during the Status Conference, which was held February 28, 2008. The Motions to be withdrawn are items 22 and 23 on the Court's electronic filing docket.

Respectfully submitted,

_____
Larry J. Stein, Bar No. 397397
2009 N. Fourteenth Street, Suite 708
Arlington, Virginia 22201
703/812-7880
703/424-7670 (facsimile)
Counsel for Plaintiff