IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VOORTHUIS OPTICIANS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-cv-485 (EGS) |

JOINT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, respectfully, submits this Motion for Leave to File Amended Complaint. The basis for this proposed amendment is as follows. The Parties have negotiated a Settlement Agreement, to be filed with the Court (Agreement). The Agreement, among other things, requires Plaintiff to file with the Court an Amended Complaint withdrawing her claim for fraud. This Amended Complaint achieves that purpose.

Plaintiff's counsel has conferred with counsel for Defendant, pursuant to LCvR7(m), who advises that Defendant consents to this Motion.

Respectfully submitted,

_____
Larry J. Stein, Bar No. 397397
2009 N. Fourteenth Street, Suite 708
Arlington, Virginia 22201
703/812-7880
703/424-7670 (facsimile)