IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA C. NGUYEN, O.D. | |
| Plaintiff, | Civil Action No. 06-cv-485 (EGS) |
| v. | |
| VOORTHUIS OPTICIANS, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) that this action be and hereby is DISMISSED with prejudice, each party to bear its own costs.

Dated: July 9, 2008.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press  #419739
CHUNG & PRESS, P.C.
6723 Whittier Ave., Suite 302
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant


 /S/ Larry J. Stein
Larry J. Stein, Esq.
Allen E. Hirschman, Esq.
2009 N. 14th Street, Suite 708
Arlington, VA 22201
Counsel for Plaintiff